UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:07CR00767CAS/AGF |
| CHOEYE YOUNG, | ) ) ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on defense counsel Mark J. Byrne's First Motion to Withdraw as Attorney [#120]. At a Status Conference held on April 7, 2008 at 9:30 a.m., Defendant Choeye Young indicated he wishes to retain new counsel.

**IT IS HEREBY ORDERED** that Mark J. Byrne's First Motion to Withdraw as Attorney [#120] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Choeye Young shall have up to and including **April 15, 2008** to file a document stating whether he wishes to continue with a hearing on the motions previously filed, file supplemental motions, or withdraw the motions on record and waive his rights to a pretrial hearing. The government shall have up to and including **April 22, 2008** to respond. The evidentiary hearing is hereby rescheduled for **April 24, 2008** at **9:00 a.m.** Defendant is required to attend.

Dated this 7th day of April, 2008.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE